## MEMORANDUM DECISIONS.

CHOW CHOK v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. June 8, 1908.) No. 272. Appeal from the Circuit Court of the United States for the Northern District of New York. R. M. Moore, for petitioner. Alford W. Cooley, Asst. Atty. Gen., for the United States. Before COXE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Order affirmed, upon the opinion of the District Judge. 161 Fed. 627.

In re DUNLOP. (Circuit Court of Appeals, Eighth Circuit. October 31, 1907.) No. 2,711. Petition for Review. George S. Grimes, Victor J. Welch and Frank R. Hubacheck, for petitioner. M. H. Boutelle and N. H. Chase, for respondents.

PER CURIAM. Petition for review dismissed October 31, 1907, because questions are considered and decided in the case of Andrew G. Dunlop, Trustee., etc., v. H. V. Mercer et al., Trustees, etc., 156 Fed. 545, 86 C. C. A. 435.

DUPREE et al. v. LEGGETTE et al. (Circuit Court of Appeals, Fourth Circuit. February 19, 1908.) No. 669. Appeal from the Circuit Court of the United States for the Eastern District of North Carolina, at Wilmington. Rountree & Carr and Wells & Wells, for appellants. D. L. Russell, for appellees.

PER CURIAM. Appeal dismissed, under rule 20 (150 Fed. xxxi, 79 C. C. A. xxxi). See 140 Fed. 776.

In re HENDRICKS. (Circuit Court of Appeals, Eighth Circuit. February 17, 1908.) No. 2,657. Petition for Review. W. L. Converse, D. L. Grannis, and B. N. Hendricks, for petitioner. Joseph Griffin, John McCook, and Carl W. Reed, for respondents.

PER CURIAM. Petition for review dismissed, at costs of petitioner, because questions involved are considered and disposed of on appeal in case of James Hendricks v. C. F. Webster, Guardian (D. C.) 159 Fed. 927. See 143 Fed. 647.